AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 6 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 3:10-MJ-0086-VPC |
| AARON ROSS | ) |
| *Defendant* | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse & Federal Building<br>400 S. Virginia St., Reno, NV 89501 | Courtroom No.: | 1 - Fourth Floor |
|---|---|---|---|
| | Honorable Valerie P. Cooke, U.S. Magistrate Judge | Date and Time: | **Wednesday, October 6, 2010<br>at 3:00 p.m.** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Oct 6, 2010

_____
*Judge's signature*

Valerie P. Cooke, U.S. Magistrate Judge
_____
*Printed name and title*