```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
                    COUNSEL/PARTIES OF RECORD

          APR 2 1 2011

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 03:10-CR-115-LRH(RAM) |
| Plaintiff, ) | ORDER |
| vs. ) | |
| AARON ROSS, ) | |
| Defendant. ) | |

This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

IT IS ORDERED that all meals for said jury shall be paid by the Clerk of Court.

DATED this 21st day of April, 2011.

*/s/ Larry R. Hicks*

LARRY R. HICKS
U.S. DISTRICT JUDGE